United States District Court
Southern District of Texas
**ENTERED**
January 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| VELMA LYDIA GARZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-166 |
| § | |
| PAUL EDWARD STINE *et al.*, § | |
| § | |
| Defendants. § | |

# ADVISORY

The parties have filed a joint stipulation of dismissal (Dkt. No. 28), which dismisses Plaintiff's claims against all Defendants with prejudice. Parties in a civil suit may generally dismiss claims without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a). None of those limitations apply here. Because the stipulation is signed by all parties who have appeared in this case, Plaintiff's claims and causes of action were dismissed with prejudice "automatically" upon the filing of the stipulation. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** January 24, 2022.

Marina Garcia Marmolejo
United States District Judge